NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
## for the Federal Circuit

———————————————

**MAXELL, LTD.,**
*Plaintiff-Appellant*

**v.**

**FANDANGO MEDIA, LLC,**
*Defendant-Appellee*

———————————————

2019-1088

———————————————

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-07534-AG-SS, Judge Andrew J. Guilford.

———————————————

**JUDGMENT**

———————————————

NICOLE A. SAHARSKY, Mayer Brown LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by JAMIE B. BEABER, JAMES A. FUSSELL, III, KFIR LEVY.

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, PC, Washington, DC, argued for defendant-appellee.  Also represented by SHARON DAVIS, JENNIFER MAISEL.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 8, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court